Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27890–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John E. Woodward | Sharon L. Woodward |
| 394 Brainards Road | 394 Brainards Road |
| Phillipsburg, NJ 08865 | Phillipsburg, NJ 08865 |

Social Security No.:
  xxx–xx–9581                             xxx–xx–6091

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 21, 2019            Christine M. Gravelle
                               Judge, United States Bankruptcy Court